IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-60758
Conference Calendar
_____

DOUGLASS WILLIAMS,

                                        Plaintiff-Appellant,

versus

STEVE PUCKETT; EDWARD HARGETT;
ANN LEE; JOAN ROSS; LARRY HARDY;
ANTHONY COX; WINFRED HILL; FLOYDD BASS;
SGT. SMITH; SGT. SPICES; SGT. JOHNSON;
PAM ROBERISON; CASE MAG. BARNETT;
CASE MGR WATSON; CASE MGR. PRESLEY;
CASE MGR. BEASLEY; CASE MGR. JOHN,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 4:95-CV-347-D-D
- - - - - - - - - -
June 17, 1997
Before SMITH, STEWART, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Douglass Williams, Mississippi prisoner # 33706, appeals the

dismissal of his civil rights complaint filed pursuant to 42

U.S.C. § 1983 for failure to state a cause of action.  Williams

argues that he was subjected to excessive force in violation of

_____

    [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

the Eighth Amendment and that he did not receive due process of law at a prison disciplinary hearing.  We have reviewed Williams's brief and the record and AFFIRM for essentially the same reasons adopted by the district court.  <u>Williams v. Puckett</u>, No. 4:95cv347-D-D (N.D. Miss. Oct. 17, 1996).